UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

DEMARIO MALONE,                          )
                                         )
        Petitioner,                      )
                                         )
vs.                                      )  Case No.: 3:15-cv-1079-DRH
                                         )
THE UNITED STATES OF AMERICA,            )
                                         )
        Respondent.                      )

## NOTICE OF APPEARANCE

COMES NOW Adam Fein, and hereby enters his appearance in the above-styled cause

and certifies that he has forwarded a copy of Document 15 to Petitioner at this place of

confinement.

                              Respectfully submitted,

                              ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

                    By:       /S/ N. Scott Rosenblum_____
                              N. SCOTT ROSENBLUM
                              Attorney for Defendant
                              120 S. Central Avenue, Suite 130
                              Clayton, Missouri 63105
                              (314) 862-4332/Facsimile (314) 862-8050
                              Email: afein@rsrglaw.com

## CERTIFICATE OF SERVICE

        I hereby certify that on January 22, 2016, the foregoing was electronically filed with the
Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr.
Daniel Kapsak, Assistant United States Attorney.  In addition, I hereby certify that on this same
date I have forwarded a copy of Document 15 to petitioner at his place of confinement.