IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEMARIO MALONE,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                      No. 15-cv-1079-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 7, 2016 (Doc. 24), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  s/*Caitlin Fischer*
       Deputy Clerk

Dated: March 8, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.03.08 10:08:18 -06'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT